IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

---

ORDER

---

In Re: Case No. 04-cr-00403-LTB

The Court, having received Verdicts of guilty on all counts as to all the defendants HEREBY DISCHARGES the alternate jurors.

BY THE COURT:

Lewis T. Babcock, Chief Judge

Dated: September 7, 2006