IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

2. SERGIO ZAPATA-HERNANDEZ
4. ARNOLDO ZAPATA
8. JAIME ZAPATA
12. HUMBERTO GALVAN
13. LILIAN GALVAN,

Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the Trial to Jury counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _7TH_ day of September 2006.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____
Attorney for Government

(No exhibits)
_____
Attorney for Defense