IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Civil Action No. 09-cv-02002-LTB
Criminal Action No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

v.

2. SERGIO ZAPATA, also known as
SERGIO ZAPATA-HERNANDEZ, also known as
TITO, also known as
TITILLO, also known as
LUCAS,

    Movant.

---

ORDER DIRECTING MOVANT TO FILE AMENDED 28 U.S.C. § 2255 MOTION

---

    Movant, Sergio Zapata, also known as Sergio Zapata-Hernandez, Tito, Titillo, and Lucas, has filed *pro se* a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. I must construe the motion to vacate liberally because Mr. Zapata is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, I should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Zapata will be directed to file an amended motion to vacate.

    Although Mr. Zapata has used the court-approved form for filing a 28 U.S.C. § 2255 motion, he has failed to complete the form, primarily relying instead on an attachment to the motion to vacate to assert what he contends are four claims he allegedly asserted on direct appeal. *See* motion to vacate at 3, ¶ 4. The four claims listed in the attachment, however, are not clearly separated into four distinct claims and

do not clearly correspond with the briefly described claims listed in the body of the motion itself.  As a result, it is difficult to determine the claims Mr. Zapata is attempting to assert in the instant action.  Therefore, Mr. Zapata will be ordered to file an amended motion to vacate.  In the amended motion, he must allege, clearly and concisely, the specific claims for relief he is asserting, as well as the specific facts that support each asserted claim, if he wishes to pursue his claims in this action.

Mr. Zapata also failed to sign the 28 U.S.C. § 2255 motion to vacate.  Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed . . . . by a party personally if the party is unrepresented."  Mr. Zapata is not represented by counsel.  Therefore, he must sign the amended motion to vacate that he will be instructed to file.  Accordingly, it is

ORDERED that the movant, Sergio Zapata, also known as Sergio Zapata-Hernandez, Tito, Titillo, and Lucas, file with the court **within thirty days from the date of this order** an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Zapata, together with a copy of this order, two copies of the following form to be used in submitting the amended motion to vacate:  Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  It is

FURTHER ORDERED that if Mr. Zapata fails within the time allowed to file an amended motion to vacate that is properly signed, the motion to vacate will be denied and action will be dismissed without further notice.

DATED at Denver, Colorado, this   27th   day of     August    , 2009.

BY THE COURT:


   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court