**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.    SERGIO ZAPATA-HERNANDEZ,

       Defendant.

_____

**ORDER**
_____

For the reasons stated in the Government's Response (Doc 1542) to Defendant's Motion Requesting Consideration of Additional Reduction of Time Pursuant to 18 U.S.C. § 3582(c)(2) and *Pepper v. United States* (Doc 1538), Defendant's Motion is DENIED.

                  BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   October 29, 2015